FILED
2015 Mar-31  PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JULIE BOGGIN KAMINSKY, <br> NANNETTE SCHUTTA, <br><br> Plaintiffs <br><br> v. <br><br> PRUCO LIFE INSURANCE COMPANY, a corporation, <br> MICAHEL W. ROWELL d/b/a <br> E-FINANCIAL, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No.: 2:13-cv-1002-AKK |

## EVIDENTIARY SUBMISSION IN SUPPORT OF PRUCO LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Defendant Pruco Life Insurance Company ("Pruco") submits the following evidentiary material in support of its Motion for Summary Judgment on all claims brought against it by Plaintiffs Julie Boggin Kaminsky and Nannette Schutta:

    Exhibit 1:    Affidavit of Dorothy Diehl (with attached exhibits)

        Exhibit A:    Mr. Schutta's Signed Examination Form

        Exhibit B:    CD of Mr. Schutta's Telephone Underwriting Interview (submitted with a courtesy copy of the interview transcript)

        Exhibit C:    Mr. Schutta's Executed Application Form

        Exhibit D:    Mr. Schutta's Medical Records from Dr. Marder

| | |
|---|---|
| Exhibit E: | Underwriting Opinion of Dorothy Diehl |
| Exhibit 2: | Affidavit of Denny Blaylock |

                                                    */s/ Elizabeth L. Blair*
                                                    One of the Attorneys for Defendant
                                                    Pruco Life Insurance Company

<u>OF COUNSEL:</u>

Wynn M. Shuford (SHUFW9455)
*wshuford@lightfootlaw.com*
Elizabeth L. Blair (BLAIE6256)
*eblair@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
(205) 581-0700

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such to the following:

Julie Boggin Kaminsky
SCH-086
P.O. Box 3010
Auburn, AL  36830

Mark E. Tippins
118 North Ross Street
Suite 6
Auburn, AL  36830

This 31st day of March, 2015.

                                                             */s/ Elizabeth L. Blair*
                                                             OF COUNSEL